# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-2135-REB

DARLENE VAN WINKLE,

     Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

     Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with the Order for Judgment and Remand [ECF 17] entered by the Honorable Robert E. Blackburn on January 8, 2018, it is hereby

ORDERED that the Defendant's Unopposed Motion To Reverse and Remand Under Sentence Four of 42 U.S.C. § 405(g) [ECF 16], filed January 5, 2018, is granted. It is

FURTHER ORDERED that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is reversed. It is

FURTHER ORDERED that this matter is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). It is

FURTHER ORDERED that judgment shall enter in favor of plaintiff and against defendant in accordance with Fed. R. Civ. P. 58 and consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239 (1993). It is

FURTHER ORDERED that plaintiff is awarded her costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1, and 28 U.S.C. § 2412(a)(1).

DATED at Denver, Colorado this 8th day of January, 2018.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:    s/L.Roberson
       L. Roberson
       Deputy Clerk